IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

**JINKA, Jeffrey Wayne, Jr.,**

Debtor.

**JINKA, Jeffrey Wayne, Jr.,**

Plaintiff,

v.

**PACIFIC RIM CR, LLC**

Defendant.

Number 23-10037

Adversary Number: 23-01025

**JUDGMENT**

THIS MATTER having come on regularly based upon the Motion and Declaration for Judgment and the Court having reviewed the files and records herein and being otherwise fully advised in the premises, it is

ORDERED that due to the failure of Pacific Rim CR, LLC to enforce its Claim of Lien by filing an action in King County Superior Court within eight calendar months after filing it's

JUDGMENT- 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

Claim of Lien it does not have a lien on Plaintiff's real property located at 23203 25th Avenue S, Des Moines, Washington 98198-8715.

Said real property is legally described as:

TAN: 1953400015

DELROSE MANOR DIV 31 LESS C & M RGTS PLAT BLOCK: 1 LOT: 3 CENSUS TRACT 290.03 BLOCK 4 TOWNSHIP 22 RANGE 04 SECTION 16. SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON.

A copy of Pacific Rim CR LLC's Claim of Lien is attached to this Judgment and incorporated by reference.

//END OF ORDER//

Presented by:
Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiff

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

JUDGMENT- 2

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

AFTER RECORDING RETURN TO:

NORTHWEST LIEN SERVICES, LLC
24447 234TH WAY SE
MAPLE VALLEY, WA 98038

## CLAIM OF LIEN

PACIFIC RIM CR, LLC
Claimant.
　　　　VS
JEFF JINKA
(Name of person indebted to claimant)

NOTICE IS HEREBY GIVEN that the person below claims a lien pursuant to
Chapter 60.04 RCW. In support of this lien the following information is submitted:

1. Name of claimant: PACIFIC RIM CR, LLC
   Telephone Number: 425-216-3805
   Address: 10016 EDMONDS WAY, STE C154, EDMONDS, WA 98026

2. Date on which the claimant began to perform labor, provide professional services,
   supply material or equipment or the date on which employee benefit contributions
   became due: AUGUST 1, 2019

3. Name of person indebted to the Claimant: JEFF JINKA, 23203 25TH AVE S, DES
   MOINES, WA 98198-8715

4. Description of the property against which a lien is claimed:
   Address: 23203 25TH AVE S, DES MOINES, WA 98198-8715
   Legal Description: DELROSE MANOR DIV #1 LESS C & M RGTS PLAT
   BLOCK: 1 PLAT LOT: 3 CENSUS TRACT 290.03 BLOCK 4 TOWNSHIP 22
   RANGE 04 SECTION 16. DESCRIBED AS FOLLOWS: KING County Assessor's
   Tax Parcel #1953400015

5. Name of owner or reputed owner (if not known state "unknown"): JEFFREY
   JINKA, 23203 25TH AVE S, DES MOINES, WA 98198-8715

6. The last date on which labor was performed, professional services were furnished;
   Contributions to an employee benefit plan were due on material, or equipment was
   furnished: NOVEMBER 8, 2019

7. Principal amount for which the lien is claimed: $9,532.54 plus applicable lien fees
   &/or attorney's fees, &/or interest.

8. If the Claimant is the assignee of this claim so state here: N/A

Northwest Lien Services LLC
By:_____ /s/ Ken Martin
It's Authorized Representative/Employee,
As Authorized agent of PACIFIC RIM CR, LLC
10016 EDMONDS WAY, STE C154, EDMONDS, WA 98026

STATE OF WASHINGTON )
)ss
COUNTY OF KING )

KEN MARTIN, being sworn, says: I am an authorized representative/employee of the agent of the claimant (or attorney of the claimant, or administrator, representative, or agent for the trustee of an employee benefit plan) above named. I have read the foregoing claim, know the contents thereof, and believe the same to be true and correct and that the claim of lien is not frivolous and is made with reasonable cause, and is not clearly excessive under penalty of perjury.

*/s/ Ken Martin/*

Subscribed and sworn to before me this 18th day of DECEMBER, 2019

*/s/ Laura Nysoe/*

PRINTED NAME: LAURA NYSOE
NOTARY PUBLIC
In and for the State of Washington.
Residing in: MAPLE VALLEY
My commission expires: 11/9/2020

STATE OF WASHINGTON )
)ss
COUNTY OF KING )

On this 18th day of DECEMBER 2019, before me personally appeared KEN MARTIN, to me known to be the (president, vice-president, secretary, treasurer, or other authorized officer or agent, as the case may be) of Northwest Lien Service, LLC, a Washington Limited Liability Company, that executed the within and foregoing instrument, and acknowledged said instrument to be the free and voluntary act and deed of said Company, for the uses and purposes therein mentioned, and on oath stated that he/she was authorized to execute said instrument and that the seal affixed is the corporate seal of said Company.
In Witness Whereof I have hereunto set my hand and affixed my official seal the day and year first above written.

*/s/ Laura Nysoe/*

PRINTED NAME: LAURA NYSOE
NOTARY PUBLIC
In and for the State of Washington
Residing in: MAPLE VALLEY
My commission expires: 11/9/2020

Order #19-00938  Dated: 12/18/2019